# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HAROLD B. LUNSFORD,<br>No. 43835,<br><br>Plaintiff,<br><br>v.<br><br>DARON HALL, et al.,<br><br>Defendants. | NO. 3:16-cv-00625<br>JUDGE CRENSHAW |

## **M E M O R A N D U M**

Plaintiff Harold D. Lunsford, an inmate of Davidson County Sheriff's Office, filed this *pro se* action under 42 U.S.C. § 1983, alleging violations of his civil rights. (Doc. No. 1). Pending before the Court are the Plaintiff's applications to proceed *in forma pauperis* (Doc. Nos. 2 and 12) and motion to appoint counsel (Doc. No. 8).

By Order and accompanying Memorandum entered on May 27, 2016, the Court granted the Plaintiff's motion to amend the complaint to add the following persons as co-Plaintiffs to this action: Calvin Beasley, Steven Suesue, Corey Marchbanks, Deondrae Key, Tyrone Garrett, and Noreeldeen Abdulkarim. (Doc. No. 13). However, because Beasley, Suesue, Marchbanks, Key, Garrett, and Abdulkarim had not signed the complaint, the Court ordered Plaintiff Lunsford to obtain the signatures of those inmates within twenty-eight (28) days of his receipt of the Court's Order. (Id. at p. 2). Further, because no Plaintiff except Lunsford had submitted an application to proceed *in forma pauperis* or his portion of the required civil filing fee, the Court ordered Beasley, Suesue, Marchbanks, Key, Garrett, and Abdulkarim to either write the Court and state that he wished to pay his portion of the civil filing fee or submit an application to proceed *in forma*

1

*pauperis*. (Id. at pp. 3-4).

Only inmate Abdulkarim returned an application to proceed *in forma pauperis*. (Doc. No. 16). However, he did not return a signed complaint. The Court will grant co-Plaintiff Abdulkarim one final opportunity to comply with the Court's instructions. If he wishes to proceed as a co-Plaintiff, Abdulkarim should sign and return the complaint to the Court within fourteen (14) days of his receipt of this Order. If the original complaint is not available to Abdulkarim, he may write the Court and state his willingness to be considered a co-Plaintiff to this action, subject to all of the benefits and responsibilities thereof, including his responsibility to pay his portion of the civil filing fee. Failure to comply with these instructions will result in the dismissal of any claims by Abdulkarim in this action.

Inmates Calvin Beasley, Steven Suesue, Corey Marchbanks, Deondrae Key, and Tyrone Garrett have not responded to the Court's Order. These inmates will not be considered past or present plaintiffs to this action. No portion of the civil filing fee shall be assessed against these Plaintiffs in connection with this action, and this case will **NOT** count towards the accrual of any strikes under the Prison Litigation Reform Act as to those inmates.

There is nothing that Plaintiff Lunsford needs to do at this time.

**IT IS SO ORDERED.**

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE